793 F.2d 104
 CINCINNATI MILACRON, LTD., Appellant,
v.
M/V AMERICAN LEGEND, her engines, boilers, etc., and United
States Lines, Inc., Appellees.
 No. 85-1183.
 United States Court of Appeals,
Fourth Circuit.
 June 18, 1986.
 
 1
 James D. Skeen (David W. Skeen; Constable, Alexander, Daneker & Skeen on brief) for appellant.
 
 
 2
 John H. West, III (Roann Nichols; Ober, Kaler, Grimes & Shriver on brief), for appellees.
 
 
 3
 Prior opinion: 784 F.2d 1161.
 
 On Petition for Rehearing
 
 4
 The appellees' petition for rehearing and suggestion for rehearing in banc were submitted to this Court. In a requested poll of the Court, Chief Judge Winter, Judges Russell, Widener, Hall, Phillips, Murnaghan and Chapman voted to rehear the case in banc; and Judges Sprouse, Ervin and Wilkinson voted against rehearing the case in banc. A majority of judges having voted to grant rehearing in banc,
 
 
 5
 Judge Sneeden left the Court prior to a request for a poll on the suggestion for rehearing in banc and Judge McMillan was not entitled to vote on this issue.
 
 
 6
 IT IS ORDERED that rehearing in banc is granted.
 
 
 7
 IT IS FURTHER ORDERED that this case shall be calendared for argument at the October session of Court.
 
 
 8
 Entered at the direction of Judge Ervin.